IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR331 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CLIMET N. BRYE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Climet N. Brye (Brye) to withdraw his request for substance abuse treatment (Filing No. 34). Previously, the court granted Brye's request for treatment and placed him at NOVA, TC, in Omaha (Filing No. 31). Brye's motion to withdraw his request (Filing No. 34) is granted. Brye's Release Order of November 3, 2011 (Filing No. 31), is rescinded and Brye shall remain detained in the custody of the U.S. Marshal pending further proceedings in this matter.

**IT IS SO ORDERED.**

DATED this 10th day of November, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge