## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 08:11CR331 |
| | ) | |
| vs. | ) | |
| | ) | |
| CLIMET BRYE, | ) | |
| MAUDE T. HILL, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER FOR RULE 17(c) SUBPOENA

This matter came before the Court on the motion of the United States requesting authorization for the issuance of a subpoena under Rule 17(c) of the Federal Rules of Criminal Procedure (Filing No. 44). The Court finds the request is reasonable in that it seeks known evidentiary records the production of which in advance of hearing will enable both parties to more fully prepare for hearing.

**IT IS ORDERED**: the Government's motion (Filing No. 44) is granted. The United States may issue a subpoena duces tecum to Sprint, Inc., in Overland Park, Kansas, with a production date no later than February 10, 2012.

**IT IS FURTHER ORDERED**: the documents may be produced at the offices of the United States Attorney for the District of Nebraska provided that the United States makes such records immediately available to the defendants.

**IT IS FURTHER ORDERED**: the Motion (Filing No. 44) of the United States shall be filed as restricted.

Dated this 11th day of January, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge